# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

WILLIS SMITH,                                )
                                             )
       Petitioner,      )
  vs.                                        )   No. 1:06-cv-396-SEB-VSS
                                             )
COMMISSIONER OF THE INDIANA                  )
 DEPARTMENT OF CORRECTIONS,                 )
                                             )
       Respondent.      )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  03/14/2006

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Willis Smith
3326 West 10th Street
Indianapolis, IN  46222