UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

WILLIS SMITH, )
)
       Petitioner, )
vs. ) No. 1:06-cv-396-SEB-VSS
)
COMMISSIONER OF THE INDIANA )
 DEPARTMENT OF CORRECTIONS, )
)
       Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/14/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Willis Smith
3326 West 10th Street
Indianapolis, IN  46222